**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| JOHN VALENTINE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, and JENNY HOOD, <br><br> Defendants. | **CASE No.: 2:24-cv-02165-EFM-GEB** <br><br> **DECLARATION OF BRENT J. LAPOINTE IN SUPPORT OF MOTION OF JOHN VALENTINE TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> **CLASS ACTION** |

Brent J. LaPointe, hereby declares under penalty of perjury:

1.      I am a Counsel at The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice before this Court and I make this Declaration in support of the motion of John Valentine ("Movant") to be appointed lead plaintiff and for approval of The Rosen Law Firm, P.A. as Lead Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the correct PSLRA early notice.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: June 24, 2024

/s/ Brent J. LaPointe

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Brent J. LaPointe