# Exhibit 3

**Compass Minerals International, Inc.**
**Class Period: November 29, 2023 through March 22, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|---------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|
| | | | | | | | | | | | | $13.20 |
| John Valentine | 3/8/2024 | 3,300 | ($22.01) | ($72,633.00) | | | | | 3,300.00 | $43,560.00 | ($29,073.00) | |