**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JOHN VALENTINE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, and JENNY HOOD,<br><br>Defendants. | ) | Case No.: 2:24-cv-02165<br><br><u>CLASS ACTION</u><br><br>JOINT MOTION TO APPROVE STIPULATED SCHEDULE |

WHEREAS, on April 24, 2024, Plaintiff John Valentine ("Plaintiff") filed a putative securities class action complaint against Defendants Compass Minerals International, Inc., Kevin S. Crutchfield, Edward C. Dowling, Jr., Lorin Crenshaw, and Jenny Hood (collectively, "Defendants") (the "Complaint") (ECF No. 1);

WHEREAS the Complaint asserts claims arising under the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder, which are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §77z- 1, et seq.;

WHEREAS, on June 24, 2024, pursuant to the PSLRA, Plaintiff filed an unopposed motion seeking appointment as lead plaintiff in this action (ECF No. 13);

WHEREAS, on June 28, 2024, Defendants' counsel executed waivers of service on behalf of Defendants, thereby extending Defendants' time to respond to the Complaint to August 23, 2024; and

WHEREAS, if appointed lead plaintiff, Plaintiff intends to file an Amended Complaint, and Defendants anticipate moving to dismiss the Amended Complaint;

NOW THEREFORE, it is stipulated and agreed among the undersigned parties, and respectfully submitted for the Court's approval, as follows:

1. Defendants are not required to respond to the original Complaint;

2. Lead Plaintiff shall file an Amended Complaint within 60 days of the Court's order appointing a lead plaintiff;

3. Defendants shall file a motion to dismiss the Amended Complaint within 60 days of the filing of the Amended Complaint;

4. The parties shall meet and confer regarding a briefing schedule for Defendants' motion to dismiss within 7 days of the filing of Defendants' motion to dismiss; and

5. The parties expressly reserve all rights, defenses, and arguments.

IT IS SO STIPULATED.

Dated: July 17, 2024

HUSCH BLACKWELL LLP

/s/ Sara A. Fevurly
Sara A. Fevurly KS Bar No.: 27537
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Tel: (816) 983-8000
Fax: (816) 983-8080
sara.fevurly@huschblackwell.com

Catherine L. Hanaway (*pro hac vice*)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Tel: (314) 480-1500
Fax: (877) 539-3450
catherine.hanaway@huschblackwell.com

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP

Jay B. Kasner (*pro hac vice*)
Susan L. Saltzstein (*pro hac vice*)
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
susan.saltzstein@skadden.com

*Counsel for Defendants Compass Minerals International, Inc., Kevin S. Crutchfield, Edward C. Dowling, Jr., Lorin Crenshaw, and Jenny Hood*

THE ROSEN LAW FIRM, P.A.

/s/ Brent J. LaPointe
Brent J. LaPointe KS Bar No.: 78539
Phillip Kim (*pro hac vice*)
Michael Cohen (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
blapointe@rosenlegal.com
philkim@rosenlegal.com
mcohen@rosenlegal.com

*Counsel for Plaintiff John Valentine*

**CERTIFICATE OF SERVICE**

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 17th day of July 2024, a true and correct copy of the foregoing was served via the United States District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for plaintiffs:

Brent J. LaPointe
Phillip Kim
Michael Cohen
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
blapointe@rosenlegal.com
philkim@rosenlegal.com
mcohen@rosenlegal.com

By: /s/ Sara A. Fevurly
Sara A. Fevurly KS Bar No.: 27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Tel: (816) 983-8000
Fax: (816) 983-8080
sara.fevurly@huschblackwell.com