# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,

       Plaintiffs,

       v.

COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,

       Defendants.

Case No: 2:24-cv-02165-EFM-ADM

<u>CLASS ACTION</u>

## <u>JOINT MOTION FOR STAY OF CASE PENDING FINALIZATION OF SETTLEMENT</u>

Plaintiffs and Defendants (the "Parties") respectfully and jointly move this Court to issue an order staying this case pending submission of a class settlement agreement for the Court's approval. This is the Parties' first motion for a stay, although the Court previously granted Defendants' unopposed motion for a 28-day extension of time to file a motion to dismiss the Amended Complaint. (*See* Def.'s Unopposed Mot., ECF No. 27.) The Parties are in complete agreement with respect to this motion.

The Parties have reached an agreement in principle to settle this action on a class-wide basis, subject to the drafting of a more detailed class settlement agreement and the submission of a motion seeking preliminary approval of the class settlement to the Court. Plaintiffs anticipate they will submit that motion in approximately 60 days.

The court has the authority to stay proceedings in order to "provide 'economy of time and effort for itself, for counsel, and for litigants.'" *Beltronics USA, Inc. v. Midwest Inventory*

*Distrib. LLC*, 545 F. Supp. 2d 1188, 1189 (D. Kan. 2008) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). A stay here would allow for the preservation of time and resources as the Parties prepare a settlement agreement that will finally determine the issues raised in this action. The Parties' motion also is similar to the motion granted by the Court in another action involving certain of the Defendants in similar circumstances. *See* Order Granting Mot. to Stay Case pending Finalization of Settlement, *Loc. IBT Emp. Grp. Welfare Fund v. Compass Minerals Int'l, Inc.*, No. 2:22-cv-2432-EFM-ADM (D. Kan. filed Feb. 11, 2025), ECF No. 129 (Text Entry). Thus, the Parties respectfully request that the Court stay all current case deadlines pending the submission of a motion for settlement approval.

DATED:  May 1, 2025

HUSCH BLACKWELL LLP

 /s/ Sara A. Fevurly
Sara A. Fevurly, KS Bar No.: 27537
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Tel:  (816) 983-8000
Fax: (816) 983-8080
sara.fevurly@huschblackwell.com

Catherine L. Hanaway (*pro hac vice*)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Tel:  (314) 480-1500
Fax: (877) 539-3450
catherine.hanaway@huschblackwell.com

Jay B. Kasner (*pro hac vice*)
Susan L. Saltzstein (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM, LLP
One Manhattan West
New York, New York 10001
Tel:  (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
susan.saltzstein@skadden.com

*Counsel for Defendants Compass Minerals
International, Inc., Kevin S. Crutchfield,
Edward C. Dowling, Jr., Lorin Crenshaw, and
Jenny Hood*

3

THE ROSEN LAW FIRM, P.A.

/s/ Brent J. LaPointe

Brent J. LaPointe, KS Bar No.: 78539
Phillip Kim (*pro hac vice*)
Michael Cohen (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel:  (212) 686-1060
Fax: (212) 202-3827
blapointe@rosenlegal.com
philkim@rosenlegal.com
mcohen@rosenlegal.com

*Counsel for Lead Plaintiff John Valentine and
Named Plaintiff Paul O'Renick*

4

**CERTIFICATE OF SERVICE**

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 1st day of May 2025, a true and correct copy of the foregoing was served via the United States District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for plaintiffs:

Brent J. LaPointe
Phillip Kim
Michael Cohen
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
blapointe@rosenlegal.com
philkim@rosenlegal.com
mcohen@rosenlegal.com

By: /s/ Sara A. Fevurly
Sara A. Fevurly          KS Bar No.: 27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Tel:  (816) 983-8000
Fax: (816) 983-8080
sara.fevurly@huschblackwell.com

5