UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>Defendants. | Case No: 24-cv-02165-EFM<br><br>CLASS ACTION |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiff John Valentine and Named Plaintiff Paul O'Renick (together, "Plaintiffs"), by their undersigned attorneys, respectfully submit this unopposed motion for entry of the Parties' agreed-upon Order Preliminarily Approving Class Action Settlement and Providing for Notice. A copy of the Parties' executed Stipulation of Settlement is attached to the Declaration of Jason Chambers as Exhibit 1. In support of this Motion, Plaintiffs incorporate by reference their Memorandum of Law, filed simultaneously herewith.

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court grant Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and enter an Order that:

1. Preliminarily approves the terms of the Settlement as set forth in the Stipulation;

2. Finds that the proposed Class satisfies the requirements of Rules 23(a) and (b)(3) and therefore should be certified for settlement purposes;

3. Approves the form and manner for providing notice of the settlement to Class Members; and

4. Schedules a Settlement Hearing, and related deadlines, at which the Court will consider the request for final approval of: (a) the Settlement as set forth in the Stipulation; (b) the Plan of Allocation of settlement proceeds among Class Members; and (c) Lead Counsel's application for an award of attorneys' fees and expenses and Plaintiffs' application for expenses incurred in the representation of the Class.

Dated: June 30, 2025                    Respectfully submitted,

**HOLLIS LAW FIRM**

*/s/ Jason Chambers*
Jason Chambers, D. Kan. # 24927
8101 College Blvd., Ste 260
Overland Park, KS 66210
Telephone: (913) 385-5400
Fax: (913) 385-5402
Email: jason@hollislawfirm.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim (admitted pro hac vice)
Michael Cohen (admitted pro hac vice)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
          mcohen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Settlement Class*