UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>Defendants. | Case No: 24-cv-02165 |

**DECLARATION OF JASON CHAMBERS IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, JASON CHAMBERS, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney duly admitted to practice before this Court.

2. I am managing partner of Hollis Law Firm, counsel of record along with Phillip Kim and Michael Cohen of The Rosen Law Firm, P.A., Court-appointed Lead Counsel for Lead Plaintiff and the Class in the above-captioned action. Accordingly, I have knowledge of the matters contained herein. I make this Declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement, dated June 30, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of June, 2025, at Overland Park, Kansas.

Dated: June 30, 2025

/s/ Jason Chambers
Jason Chambers

1