# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>    Defendants. | Case No: 24-cv-02165-EFM<br><br>CLASS ACTION |

## PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS

Lead Plaintiff John Valentine and Named Plaintiff Paul O'Renick (together, "Plaintiffs"), by their undersigned attorneys, pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move this Court for the entry of an Order awarding attorneys' fees and expenses to Lead Counsel, and awards to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4). This Motion is based on the Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs, the declaration and exhibits submitted in support thereof, the previously-filed Stipulation of Settlement, all other pleadings and matters of records, and such additional evidence or argument that may be presented at the hearing on this matter. A proposed order will be submitted after the October 21, 2025 deadline for objecting has passed.

Dated: October 14, 2025

Respectfully submitted,

**HOLLIS LAW FIRM**

<u>*/s/ Jason Chambers*</u>
Jason Chambers, D. Kan. # 24927
8101 College Blvd., Ste 260
Overland Park, KS 66210
Telephone: (913) 385-5400
Fax: (913) 385-5402
Email: jason@hollislawfirm.com

**THE ROSEN LAW FIRM, P.A.**

<u>*/s/ Phillip Kim*</u>
Phillip Kim (admitted pro hac vice)
Michael Cohen (admitted pro hac vice)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
        mcohen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Settlement Class*

1