# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>          Defendants. | Case No: 24-cv-02165 |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING:**
**(A) MAILING/EMAILING OF THE NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (D) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.    I am the Director of Quality Assurance at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty-five years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred seventy-five (575) class action cases since its inception. I submit this declaration in order to provide the Court and the Parties with information regarding the mailing of the Postcard Notice and/or emailing of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Claim Form", collectively with the Long Notice, "Long Notice and Claim Form") to potential Settlement Class Members,[1] as well as updates concerning other aspects of the Settlement administration process.  I have personal

---

[1] All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated June 30, 2025 (the "Settlement Stipulation") (ECF No. 33-1).

1

knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

### MAILING AND/OR EMAILING OF THE NOTICE

2.  Pursuant to the Court's Order Preliminarily Approving Class Action Settlement and Providing for Notice, dated July 25, 2025 (ECF No. 35, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator and Escrow Agent to supervise and administer the notice procedure as well as the processing of claims in connection with the above-captioned Action.

3.  SCS sent the Depository Trust Company ("DTC") a Long Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS") on August 11, 2025.  LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.  **Exhibit A** is a copy of the Long Notice and Claim Form.

4.  As in most class actions of this nature, the vast majority of potential Settlement Class Members are expected to be beneficial purchasers/owners whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains and continually updates its proprietary master list of brokerage firms, banks, institutions and other third-party nominees.  SCS's proprietary master list consisted of 1,049 banks and brokerage companies ("Nominee Account Holders"), as well as 1,416 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On August 8, 2025, SCS caused a notice to be mailed or e-mailed to the 2,465 nominees contained in the SCS master mailing list.  The notice informed them of the Settlement and requested that they, within ten calendar days from the date of

the notice, they either (a) send the Postcard Notice or email the electronic copy of the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") or the link to the Long Notice and Claim Form to their clients who may be beneficial purchasers/owners of Compass Minerals International, Inc. ("Compass Minerals") securities, or (b) provide SCS with a list of the names, last known mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly mail the Postcard Notice or email the electronic Summary Notice or email the link to the Long Notice and Claim Form directly to them. A copy of the notice sent to these nominees is attached as **Exhibit B.**

5.    To provide actual notice to all persons or entities who purchased common stock and/or call options or sold put options of Compass Minerals during the period from February 8, 2023 through March 26, 2024, inclusive (the "Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice or emailed the link to the Long Notice and Claim Form to potential Settlement Class Members. A true and correct copy of the Postcard Notice is attached as **Exhibit C**.

6.    On August 8, 2025, SCS received Compass Minerals' transfer agent records. SCS formatted a list. SCS proceeded to mail, by first class mail, postage prepaid, the Postcard Notice to 96 individuals/organizations identified on the transfer agent records. These records reflect the individuals/entities that purchased Compass Minerals common stock for their own account, or for the account(s) of their clients, during the Class Period. The transfer record mailing was completed on August 11, 2025. Following this mailing, SCS received 7,117 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS. Additionally, SCS received requests from two nominees for 13,762 Postcard Notices, in total, so that the nominees could forward them to their clients. SCS was also notified by a

3

nominee that they mailed the Postcard Notice to one of their clients.  To date, 20,976 Postcard Notices have been mailed to potential Settlement Class Members[2].

7.    Additionally, SCS emailed the link to the Long Notice and Claim Form to 3,801 email addresses provided by individuals or nominees, and SCS was notified by one of the nominees that it emailed 21,618 of its clients the link to the Long Notice and Claim Form on the Settlement website.  To date, 25,419 emails have been sent with the Long Notice and Claim Form link.

8.    In total, 46,395 notices (either via a mailed Postcard Notice or an emailed link to the Long Notice and Claim Form on the Settlement website) were sent to potential Settlement Class Members.

9.    Out of the 20,976 Postcard Notices mailed, 277 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 31, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 246 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 61 were re-mailed to updated addresses.

## PUBLICATION OF THE SUMMARY NOTICE

10.    Pursuant to the Preliminary Approval Order, the Summary Notice was transmitted electronically once over *GlobeNewswire* on August 24, 2025 then transmitted electronically once over *PR Newswire* on September 7, 2025, as shown in the confirmations of publication attached hereto as **Exhibit D.**

---

[2] SCS received 16 requests from potential Settlement Class Members for the Long Notice and Claim Form to be mailed to them.  SCS immediately mailed the Long Notice and Claim Form to the 16 potential Settlement Class Members.

**TOLL-FREE PHONE LINE**

11.     SCS maintains a toll-free telephone number (1-866-274-4004) that potential Settlement Class Members may call to obtain information about the Settlement and/or request copies of the Long Notice and Claim Form.  SCS has promptly responded to each telephone inquiry.

**SETTLEMENT WEBSITE**

12.     On August 8, 2025, SCS established a webpage for the Settlement on its website at www.strategicclaims.net/compass/.  The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains the current status; the case deadlines; the online claim filing link; Important Documents such as the Long Notice and Claim Form, the Postcard Notice, the Preliminary Approval Order, and the Stipulation with exhibits; and Representative Filers documents such as the broker letter, the electronic filing instructions for common stock and options, and the electronic templates for common stock and options.  On September 24, 2025, SCS updated the website to note the new courtroom for the Settlement Fairness Hearing.

**REPORT ON EXCLUSIONS AND OBJECTIONS**

13.     The Postcard Notice, Long Notice, Summary Notice, and the Settlement website informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than October 7, 2025.  SCS has been monitoring mail delivered for this case. As of the date of this declaration, SCS has not received any request for exclusion.

14.     According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, must file any written objection with the Clerk

of the Court, Lead Counsel, and Counsel for Defendants, no later than October 21, 2025. As of the date of this declaration, SCS has not received any objections and SCS has not been notified that any objections were submitted.

### CLAIMS RECEIVED TO DATE

15.     The Postcard Notice, Long Notice, Summary Notice, and the Settlement website informed potential Settlement Class Members that in order to qualify for a payment in the Net Settlement Fund, a Claim Form must be submitted online at the Settlement website no later than October 7, 2025 by 11:59 p.m. ET or by mail postmarked no later than October 7, 2025. To date, SCS has received 14,174 Claim Forms.

16.     SCS is currently processing the claims received, including conducting quality assurance reviews such as verifying required supporting documentation was submitted with the claim, detecting duplicated claims, etc. Once this process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 14th day of October 2025 in Media, Pennsylvania.

_____
Josephine Bravata

6

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

|  |  |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>Defendants. | Case No: 24-cv-02165 |

**NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**

If you purchased the securities of Compass Minerals International, Inc. ("Compass Minerals" or the "Company") (purchased common stock, purchased call options, or sold put options) during the period from February 8, 2023 through March 26, 2024, both dates inclusive ("Class Period"), you could get a payment from a class action settlement (the "Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide four million nine hundred thousand dollars ($4,900,000) (the "Settlement Amount") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased Compass Minerals securities (purchased common stock, purchased call options, or sold put options) during the Class Period.

- The Settlement represents an estimated average recovery of $0.39 per share for the approximately 12.5 million shares allegedly damaged during the Class Period. This is not an estimate of the actual recovery per share you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Compass Minerals securities, the purchase and sale prices, and the total number and amount of claims filed.

- Lead Counsel will ask the Court to award attorneys' fees in an amount not to exceed one-third of the Settlement Fund ($1,633,333.33), reimbursement of no more than $55,000 in litigation expenses, and a total case contribution award to Plaintiffs not to exceed $17,500. Collectively, the attorneys' fees and expenses and Plaintiffs' award are estimated to average $0.14 per share outstanding during the Class Period. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The average approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is $0.25 per share of Compass Minerals stock outstanding during the Class Period. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per security you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Compass Minerals securities, the purchase and sale prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Defendants made false and misleading statements concerning the Company's fire retardant during the Class Period. Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever. Defendants have also denied, among other things, the allegations that Plaintiffs or the Settlement Class have suffered damages or that Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against them in the Action are without merit.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

1

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | Fill out the attached Proof of Claim and Release Form and submit it no later than **October 7, 2025**. **This is the only way to get a payment.** |
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than **October 7, 2025.** This is the only way you can ever be part of any other lawsuit against the Defendants or the other Released Defendants' Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than **October 21, 2025** about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Go to the Hearing** | Ask to speak in Court about the fairness of the Settlement no later than October 21, 2025 at the hearing on **November 18, 2025**. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.** |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| | or | |
|---|---|---|
| Compass Minerals Securities Litigation<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson St., Ste. 205<br>Media, PA 19063<br>Tel.: (866) 274-4004<br>Fax: (610) 565-7985<br>info@strategicclaims.net | **or** | Laurence Rosen, Esq.<br>Michael Cohen, Esq.<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Ave, 40th Floor<br>New York, NY 10016<br>Tel: (212) 686-1060<br>Fax: (212) 202-3827<br>lrosen@rosenlegal.com<br>mcohen@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated June 30, 2025 (the "Settlement Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

1.      **Why did I get this Notice?**

You or someone in your family may have purchased Compass Minerals securities (purchased common stock, purchased call options, or sold put options) during the period from February 8, 2023 through March 26, 2024, both dates inclusive.

2.      **What is this lawsuit about?**

The case is known as *Valentine et al., v. Compass Minerals International, Inc., et al.*, Civil Action No. 2:24-CV-02165 (D. Kan.) (the "Action"). The Court in charge of the case is the United States District Court for the District of Kansas.

The Action involves allegations that Defendants made materially false statements and omissions to the public. Specifically, the Complaint alleges that, during the Class Period, Defendants overstated the likelihood of success of its fire retardant business. Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Defendants' Parties, or of any infirmity of any defense, or of any damages to Plaintiffs or any other Settlement Class Member.

**3.    Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.    Why is there a Settlement?**

Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations or the average amount of damages per security, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendants disagree include: (1) whether Defendants made any allegedly misleading statements or omissions; (2) whether Defendants acted knowingly or were grossly reckless in making the alleged misrepresentations; (3) whether the alleged disclosures corrected the alleged misrepresentations; (4) whether the alleged misrepresentations caused any loss in the value of Compass Minerals securities; and (5) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses that could be raised by Defendants. Even if Plaintiffs were to win at trial, and also prevail on any appeal, Plaintiffs might not be able to collect any of any judgment they may be awarded.

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons and entities who purchased Compass Minerals securities (purchased common stock, purchased call options, or sold put options) from February 8, 2023 through March 26, 2024, both dates inclusive, subject to the exclusions in Question 6 below.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are (1) Defendants and their immediate families; (2) the present and former officers and directors of the Company; and (3) any entity in which any of the Defendants, or any person excluded under this sentence, has or had a controlling interest at all relevant times. Also excluded from the Settlement Class are those Persons who submit valid and timely a request for exclusion as described below in the response to Question 11.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985; visit the website www.strategicclaims.net/compass/; or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides for Compass Minerals and/or Defendants' insurers to pay four million nine hundred thousand dollars ($4,900,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and any award to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing and/or emailing notices and the costs of

3

publishing notices. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

**b.      What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased and sold Compass Minerals securities; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and award to Plaintiffs.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Settlement Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that because of the alleged misrepresentations made by Defendants, the price of Compass Minerals securities was artificially inflated during the Class Period, and that certain subsequent disclosures caused reductions in the inflated price of Compass Minerals securities. Defendants have denied and continue to deny these allegations and any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action.

**PROPOSED PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND**

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation does not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/compass/.

The U.S. federal securities laws allow investors to recover for losses caused by disclosures which corrected the defendants' previous misleading statements or omissions. Thus, in order to have been damaged by the alleged violations of the federal securities laws, Compass Minerals common stock and call options purchased or otherwise acquired during the Class Period, or Compass Minerals put options sold during the Class Period, must have been held during a period of time in which their price declined due to the disclosure of information which corrected an allegedly misleading statement or omission. Plaintiffs and Lead Counsel have determined that such price declines occurred on the following dates: March 25, 2024 and March 26, 2024 (the "Corrective Disclosure Dates"). Accordingly, if a Compass Minerals common share or call option was sold before March 25, 2024 or a Compass Minerals put option was repurchased before March 25, 2024 (the earliest Corrective Disclosure Date), the Recognized Loss for that security is $0.00, and any loss suffered is not compensable under the federal securities laws. Likewise, if a Compass Minerals security was both purchased and sold between two consecutive Corrective Disclosure Dates, the Recognized Loss for that security is $0.00.

The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund pursuant to the Plan of Allocation. The Recognized Loss formula and the proposed allocation of the Net Settlement Fund to specific time frames within the Class Period, as set forth below, are not intended to be estimates of the amount of what a Settlement Class Member might have been able to recover after a trial. Payments to valid Settlement Class Members pursuant to the Plan of Allocation shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) to be determined by Lead Counsel.

**THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:**

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on his, her or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants.

Recognized Losses will be calculated as follows:

**COMPASS MINERALS COMMON STOCK RECOGNIZED LOSS CALCULATION**

For Compass Minerals common stock purchased or otherwise acquired during the Class Period, the Recognized Loss shall be calculated as follows:

(A)   For shares purchased or otherwise acquired during the Class Period <u>and sold during the Class Period</u>, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

(B)   For shares purchased or otherwise acquired during the Class Period <u>and sold during the period from March 27, 2024 through June 24, 2024</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing share price as of date of sale provided in Table B below.

(C)   For shares purchased or otherwise acquired during the Class Period <u>and retained as of the close of trading on June 24, 2024,</u> the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus 13.12[1] per share.

| INFLATION TABLE A<br>During the Class Period | |
|---|---|
| **Period** | **Inflation** |
| February 8, 2023 to March 24, 2024, inclusive | $3.73 per share |
| March 25, 2024 | $0.79 per share |
| March 26, 2024 | $0.00 per share |
| After March 26, 2024 | $0.00 per share |

| Table B | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 3/27/2024 | $15.51 | $15.51 | | 4/26/2024 | $13.04 | $14.02 | | 5/24/2024 | $12.52 | $13.45 |
| 3/28/2024 | $15.74 | $15.63 | | 4/29/2024 | $13.34 | $13.99 | | 5/28/2024 | $12.57 | $13.43 |
| 4/1/2024 | $15.56 | $15.60 | | 4/30/2024 | $12.45 | $13.93 | | 5/29/2024 | $12.30 | $13.41 |
| 4/2/2024 | $14.66 | $15.37 | | 5/1/2024 | $12.15 | $13.86 | | 5/30/2024 | $12.39 | $13.39 |
| 4/3/2024 | $14.29 | $15.15 | | 5/2/2024 | $12.71 | $13.81 | | 5/31/2024 | $12.96 | $13.38 |
| 4/4/2024 | $14.29 | $15.01 | | 5/3/2024 | $12.75 | $13.78 | | 6/3/2024 | $13.21 | $13.37 |
| 4/5/2024 | $14.26 | $14.90 | | 5/6/2024 | $13.20 | $13.75 | | 6/4/2024 | $13.63 | $13.38 |
| 4/8/2024 | $13.96 | $14.78 | | 5/7/2024 | $13.36 | $13.74 | | 6/5/2024 | $13.62 | $13.38 |
| 4/9/2024 | $14.85 | $14.79 | | 5/8/2024 | $13.46 | $13.73 | | 6/6/2024 | $13.59 | $13.39 |
| 4/10/2024 | $14.03 | $14.72 | | 5/9/2024 | $12.74 | $13.70 | | 6/7/2024 | $13.38 | $13.39 |
| 4/11/2024 | $14.48 | $14.69 | | 5/10/2024 | $12.39 | $13.66 | | 6/10/2024 | $12.48 | $13.37 |

---

[1] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $13.12 per share was the mean (average) daily closing trading price of the Company's shares during the 90-day period beginning on March 27, 2024 through and including June 24, 2024.

| | Table B | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 4/12/2024 | $14.30 | $14.66 | | 5/13/2024 | $12.48 | $13.62 | | 6/11/2024 | $12.08 | $13.35 |
| 4/15/2024 | $13.72 | $14.59 | | 5/14/2024 | $12.67 | $13.60 | | 6/12/2024 | $12.25 | $13.32 |
| 4/16/2024 | $13.60 | $14.52 | | 5/15/2024 | $12.53 | $13.56 | | 6/13/2024 | $12.06 | $13.30 |
| 4/17/2024 | $13.33 | $14.44 | | 5/16/2024 | $12.68 | $13.54 | | 6/14/2024 | $11.51 | $13.27 |
| 4/18/2024 | $13.60 | $14.39 | | 5/17/2024 | $13.15 | $13.53 | | 6/17/2024 | $11.19 | $13.23 |
| 4/19/2024 | $13.46 | $14.33 | | 5/20/2024 | $13.21 | $13.52 | | 6/18/2024 | $11.08 | $13.20 |
| 4/22/2024 | $13.24 | $14.27 | | 5/21/2024 | $13.29 | $13.52 | | 6/20/2024 | $11.34 | $13.16 |
| 4/23/2024 | $13.21 | $14.22 | | 5/22/2024 | $13.01 | $13.50 | | 6/21/2024 | $11.67 | $13.14 |
| 4/24/2024 | $12.78 | $14.14 | | 5/23/2024 | $12.46 | $13.48 | | 6/24/2024 | $11.88 | $13.12 |
| 4/25/2024 | $12.62 | $14.07 | | | | | | | | |

### COMPASS MINERALS CALL AND PUT OPTION
### RECOGNIZED LOSS CALCULATIONS

For each Compass Minerals Call Option purchased or otherwise acquired during the Class Period, the Recognized Loss per option shall be calculated as follows:

I.    For each Compass Minerals Call Option not held at the opening of trading on at least one of the Corrective Disclosure Dates, as defined in Inflation Table A above, the Recognized Loss is $0.00.

II.    For each Compass Minerals Call Option purchased during the Class Period and held at the opening of trading through one or more of the Corrective Disclosure Dates as defined in Inflation Table A above,

    a.    that was subsequently sold prior to the close of trading on March 26, 2024, the Recognized Loss is the purchase price *minus* the sale price.

    b.    that was subsequently exercised prior to the close of trading on March 26, 2024, the Recognized Loss is the purchase price *minus* the intrinsic value of the Compass Minerals Call Option on the date of exercise, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) the closing price of Compass Minerals Common Stock on the date of exercise *minus* the strike price of the option.

    c.    that expired unexercised prior to the close of trading on March 26, 2024, the Recognized Loss is equal to the purchase price.

    d.    that was still held as of the close of trading March 26, 2024, the Recognized Loss is the purchase price *minus* the intrinsic value of the Compass Minerals Call Option as of the close of trading on March 26, 2024, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) $13.69[2] *minus* the strike price of the option.

III.    For each Compass Minerals Call Option purchased on March 26, 2024 or after, the Recognized Loss is $0.00.

    No Recognized Loss shall be calculated based upon the purchase or acquisition of any Compass Minerals Call Option that had been previously sold or written.

For each Compass Minerals Put Option written during the Class Period, the Recognized Loss per option shall be calculated as follows:

I.    For each Compass Minerals Put Option not open (*i.e.*, not outstanding) at the opening of trading on at least one of the Corrective Disclosure Dates, as defined in Inflation Table A above, the Recognized Loss is $0.00.

II.    For each Compass Minerals Put Option sold during the Class Period and still outstanding at the opening of trading on one or more of the Corrective Disclosure Dates, as defined in Inflation Table A above,

    a.    that was subsequently repurchased prior to the close of trading on March 26, 2024, the Recognized Loss is the purchase price *minus* the sale price.

    b.    that was subsequently exercised (*i.e.*, assigned) prior to the close of trading on March 26, 2024, the Recognized Loss is the intrinsic value of the Compass Minerals Put Option on the date of exercise *minus* the sale price, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) the strike price of the option *minus* the closing price of Compass Minerals common stock on the date of exercise.

    c.    that expired unexercised prior to the close of trading on March 26, 2024, the Recognized Loss $0.00.

---

[2] $13.69 is the closing price of Compass Minerals Common Stock on March 26, 2024.

d.  that was still outstanding as of the close of trading March 26, 2024, the Recognized Loss is the intrinsic value of the Compass Minerals Put Option as of the close of trading on March 26, 2024 *minus* the sale price, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) the strike price of the option *minus* $13.69.

III.    For each Compass Minerals Put Option sold on March 26, 2024 or later, the Recognized Loss is $0.00.

No Recognized Loss shall be calculated based upon the sale or writing of any Compass Minerals Put Option that had been previously purchased or acquired.

**<u>Common Stock Purchased/Sold Through the Exercise of Options</u>:** With respect to Compass Minerals common stock purchased or sold through the exercise of an option, the purchase/sale date of the stock is the exercise date of the option and the purchase/sale price of the stock is the closing price of Compass Minerals common stock on the exercise date. Any Recognized Loss arising from purchases of Compass Minerals common stock acquired during the Class Period through the exercise of an option on Compass Minerals common stock shall be computed as provided for other purchases of Compass Minerals common stock in the Plan of Allocation.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of the Company's shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases, acquisitions, and sales of Compass Minerals common stock during the period from February 8, 2023 through and including June 24, 2024 and Compass Minerals option contracts during the period from February 8, 2023 through and including March 26, 2024.

Payment pursuant to the Plan of Allocation approved by the Court will be conclusive against all Authorized Claimants. No person will have any claim against Defendants, Defense Counsel, Lead Plaintiff, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Settlement Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each Claimant will be deemed to have submitted to the jurisdiction of the Court with respect to the Claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.    How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form" This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form at www.strategicclaims.net/compass/. Read the instructions carefully, fill out the form, and sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/compass/ **by 11:59 p.m. ET on October 7, 2025**; or (2) by mailing the claim form together with all documentation requested in the form, **postmarked no later than October 7, 2025**, to:

Compass Minerals Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant. If the Claims Administrator determines that your claim is deficient or rejected, the Claims Administrator will send a deficiency letter or rejection letter, describing the basis on which the claim is so determined. If you timely submit a Proof of Claim and Release Form that is deficient or otherwise rejected, you will be afforded a reasonable time (at least ten (10) calendar days) to cure such deficiency if such deficiency may be cured. If your claim has been rejected in whole or in part and you wish to contest such rejection, you must, within ten (10) calendar days after the date of mailing of the notice, serve upon the Claims Administrator, by mail or email, a notice and statement of reasons for

contesting the rejection along with any supporting documentation. If you disagree with the Claims Administrator's review decision, you may request that Lead Counsel review your claim. If an issue concerning a claim cannot be otherwise resolved, Lead Counsel shall thereafter present the request for review to the Court at the time a motion for distribution of the Net Settlement Fund is made.

**10.    What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the October 7, 2025 deadline, you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submit a valid Proof of Claim and Release Form, and will be bound by the release of claims against the Defendants and other Released Defendants' Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, agents, immediate family members, heirs, joint tenants, tenants in common, beneficiaries, representatives, administrators, executors, insurers, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against Defendants and other Released Defendants' Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of Compass Minerals securities during the Class Period, including without limitation any claims related to the allegations, transactions, facts, events, matters, occurrences, acts, representations, or omissions involved, set forth, referred to, or that have been or could have been asserted in the Action, including those relating to Fortress and the fire retardant products. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, sale or ownership of Compass Minerals securities during the Class Period. The specific terms of the release are included in the Settlement Stipulation.

**11.    How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Defendants' Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter or send an email that (A) clearly indicates your name, address, phone number and email contact information (if any) and states that you "request to be excluded from the Settlement Class in *Valentine, et al., v. Compass Minerals International, Inc., et al.*, Civil Action No. 2:24-CV-02165 (D. Kan.)" and (B) states the date, number of securities, and dollar amount of each Compass Minerals security purchase/acquisition during the Class Period, any sale transactions, and the number of Compass Minerals securities held by you as of February 8, 2023 and March 26, 2024. In order to be valid, such request for exclusion must be submitted by mail or email with documentary proof: (i) of each purchase/acquisition and, if applicable, sale transaction of Compass Minerals securities during the Class Period; and (ii) demonstrating your status as a beneficial owner of the Compass Minerals securities. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail or email your exclusion request, to be **received no later than October 7, 2025**, to the Claims Administrator at the following address:

Compass Minerals Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Email: info@strategicclaims.net

**You cannot exclude yourself by telephone.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12.    If I do not exclude myself, can I sue Defendants or the other Released Defendants' Parties for the same thing later?**

No. Unless you followed the procedure outlined in the Notice to exclude yourself, you give up any right to sue Defendants or the Released Defendants' Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

8

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided below.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed one-third ($1,633,333.33) of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $55,000 and an award to Plaintiffs not to exceed $17,500 total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, and/or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Valentine, et al., v. Compass Minerals International, Inc., et al.*, Civil Action No. 2:24-CV-02165 (D. Kan.). Be sure to include: (1) your name, address, email address, and telephone number; (2) a list of all purchases and sales of Compass Minerals securities during the Class Period; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Fairness Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Fairness Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Fairness Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Fairness Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than October 21, 2025**:

| Clerk of the Court<br>United States District Court<br>District of Kansas<br>500 State Avenue, Room 259<br>Kansas City, KS 66101 | *Lead Counsel*<br><br>Laurence Rosen<br>Michael Cohen<br>The Rosen Law Firm, P.A.<br>275 Madison Ave<br>40th Floor<br>New York, NY 10016 | *Counsel for Defendants*<br><br>Jay B. Kasner<br>Susan Saltzstein<br>Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>One Manhattan West<br>New York, NY 10001 |
|---|---|---|

**16.    What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Fairness Hearing on **November 18, 2025, at 1:00 p.m.**, at the United States District Court for the District of Kansas, 500 State Avenue, Courtroom 427, Kansas City, KS 66101. The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Fairness Hearing telephonically or by other virtual means, Lead Counsel will direct the Claims

Administrator to update its website, on the page dedicated to this Settlement, to include the telephone number or other virtual means to access the Settlement Fairness Hearing.

**18.    Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.    What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Defendants' Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

**SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES**

If, during the Class Period, you purchased or sold Compass Minerals securities for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF NOTICE, you either (a) provide to the Claims Administrator the name, email address, and last known address of each person or organization for whom or which you purchased Compass Minerals securities during such time period; (b) request an electronic copy of the Summary Notice and, within ten (10) days after receiving the Summary Notice, email the Summary Notice or email links to the Notice and Proof of Claim and Release Form to the email address of each beneficial purchaser/owner of Compass Minerals securities; or (c) request additional copies of the Postcard Notice, which will be provided to you free of charge, and within ten (10) days of receipt, mail the Postcard Notice directly to the beneficial purchaser/owners of Compass Minerals securities. If you choose to follow alternative procedures (b) or (c), the Court has directed that, upon such emailing or mailing, you send a statement to the Claims Administrator confirming that the emailing or mailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to $0.02 per name, address and email address provided to the Claims Administrator; up to a maximum of $0.02 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or $0.02 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed above.

DATED: JULY 25, 2025                                         BY ORDER OF THE UNITED STATES
                                                            DISTRICT COURT FOR THE
                                                            DISTRICT OF KANSAS

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission: October 7, 2025**

IF YOU PURCHASED COMPASS MINERALS INTERNATIONAL, INC. ("COMPASS MINERALS") SECURITIES (PURCHASED COMMON STOCK, PURCHASED CALL OPTIONS, OR SOLD PUT OPTIONS) BETWEEN FEBRUARY 8, 2023 AND MARCH 26, 2024, BOTH DATES INCLUSIVE (THE "CLASS PERIOD") YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE: (1) DEFENDANTS AND THEIR IMMEDIATE FAMILIES; (2) THE PRESENT AND FORMER OFFICERS AND DIRECTORS OF COMPASS MINERALS; AND (3) ANY ENTITY IN WHICH ANY OF THE DEFENDANTS, OR ANY PERSON EXCLUDED UNDER THIS SENTENCE, HAS OR HAD A CONTROLLING INTEREST AT ALL RELEVANT TIMES. ALSO EXCLUDED FROM THE SETTLEMENT CLASS ARE THOSE PERSONS WHO SUBMIT A VALID AND TIMELY REQUEST FOR EXCLUSION IN ACCORDANCE WITH THE PRELIMINARY APPROVAL ORDER.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("CLAIM FORM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS CLAIM FORM BY 11:59 P.M. EST ON OCTOBER 7, 2025 AT WWW.STRATEGICCLAIMS.NET/COMPASS/.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS CLAIM FORM, YOU MUST COMPLETE AND SIGN THIS CLAIM FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN OCTOBER 7, 2025 TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

Compass Minerals Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.: 866-274-4004
Fax: (610) 565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY OCTOBER 7, 2025 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER CLAIM FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE COURT'S ORDER AND FINAL JUDGMENT UNLESS YOU EXCLUDE YOURSELF. SUBMISSION OF A CLAIM FORM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

**CLAIMANT'S STATEMENT**

1.  I (we) purchased or otherwise acquired Compass Minerals securities during the Class Period. (Do not submit this Claim Form if you did not purchase Compass Minerals securities during the Class Period.)

2.  By submitting this Claim Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Long Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Lont Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Long Notice; that I (we) elect to participate in the proposed Settlement described in the Long Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

1

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Claim Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Claim Form.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase or acquisition of Compass Minerals securities and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Compass Minerals securities listed below in support of my (our) claim. (If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker or tax advisor because these documents are necessary to prove and process your claim. **YOUR FAILURE TO SUBMIT COPIES OF OFFICIAL DOCUMENTS EVIDENCING YOUR PURCHASES/ACQUISITIONS AND/OR SALES OF COMPASS MINERALS SECURITIES WILL CAUSE THE CLAIMS ADMINISTRATOR TO REJECT YOUR CLAIM**.)

6.  I (we) understand that the information contained in this Claim Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)  I (we) understand that if I (we) timely submit a Claim Form that is deficient or otherwise rejected, I (we) will be afforded a reasonable time (at least ten (10) calendar days) to cure such deficiency if such deficiency may be cured. I (we) understand that if I (we) wish to contest the rejection determination, I (we) must, within ten (10) calendar days after the date of mailing of the notice, serve upon the Claims Administrator, by mail or email, a notice and statement of reasons for contesting the rejection along with any supporting documentation. I (we) understand that if I (we) disagree with the Claims Administrator's review decision, I (we) may request that Lead Counsel review the claim; if an issue concerning my (our) claim cannot be otherwise resolved, Lead Counsel shall thereafter present my (our) request for review to the Court at the time a motion for distribution of the Net Settlement Fund is made.

7.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Long Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) associates, affiliates, predecessors, successors, assigns, attorneys, agents, immediate family members, heirs, joint tenants, tenants in common, beneficiaries, representatives, administrators, executors, insurers, devisees, legatees, and estates (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, agents, immediate family members, heirs, joint tenants, tenants in common, beneficiaries, representatives, administrators, executors, insurers, devisees, legatees, and estates)) of each of the "Released Defendants' Parties" of all "Settlement Class Claims," as those terms are defined in the Stipulation of Settlement, dated June 30, 2025 ("Settlement Stipulation").

8.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Long Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) associates, affiliates, predecessors, successors, assigns, attorneys, agents, immediate family members, heirs, joint tenants, tenants in common, beneficiaries, representatives, administrators, executors, attorneys, insurers, devisees, legatees, and estates (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, agents, immediate family members, heirs, joint tenants, tenants in common, beneficiaries, representatives, administrators, executors, attorneys, insurers, devisees, legatees, and estates) to permanently refrain from prosecuting or attempting to prosecute any Settlement Class Claims against any of the Released Defendants' Parties.

9.  "Released Defendants' Parties" has the meaning laid out in the Settlement Stipulation.

10. "Settlement Class Claims" has the meaning laid out in the Settlement Stipulation.

11. "Unknown Claims" has the meaning laid out in the Settlement Stipulation.

12.  I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Settlement Stipulation was separately bargained for and is a material element of the Settlement of which the release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net/compass/ to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection.  All Representative Filers MUST also submit a manually signed Claim Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format.  No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.strategicclaims.net/compass/.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

COMPASS MINERALS

## I. CLAIMANT INFORMATION

| Beneficial Owner Name: |  |  |
| --- | --- | --- |
|  |  |  |
| Address: |  |  |
|  |  |  |
| City: | State: | Zip Code: |
| Foreign Province: | Foreign Country: | |
| Day Phone: | Evening Phone: | |
| Email: | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN COMPASS MINERALS INTERNATIONAL, INC. COMMON STOCK

**Beginning Holdings:**

A.  State the total number of shares of Compass Minerals common stock held at the close of trading on February 7, 2023 (*must be documented).*  If none, write "zero" or "0."

**Purchases/Acquisitions:**

B.  Separately list each and every purchase or acquisition of Compass Minerals common stock between February 8, 2023 and June 24, 2024, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4

COMPASS MINERALS

**Sales:**

C. Separately list each and every sale of Compass Minerals common stock between February 8, 2023 and June 24, 2024, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

D. State the total number of shares of Compass Minerals common stock held at the close of trading on June 24, 2024 (*must be documented*). If none, write "zero" or "0."

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

**III. SCHEDULE OF TRANSACTIONS IN COMPASS MINERALS CALL OPTIONS**

Complete this Part III if and only if you purchased/acquired Compass Minerals call options during the period from February 8, 2023 through March 26, 2024, inclusive. Please include proper documentation with your Claim Form as described in detail under Claimant's Statement Paragraph 5 above. Do not include information in this section regarding securities other than Compass Minerals call options.

| **1. BEGINNING HOLDINGS** – Separately list all positions in Compass Minerals call option contracts in which you had an open interest as of the close of trading on February 7, 2023. (Must be documented.) | | | **IF NONE, CHECK HERE** ○ |
|---|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | / / |  |  |
| $ | / / |  |  |
| $ | / / |  |  |
| $ | / / |  |  |

**2. PURCHASES/ACQUISITIONS DURING THE CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Compass Minerals call option contracts from after the opening of trading on February 8, 2023, through and including the close of trading on March 26, 2024. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts Purchased/ Acquired | Purchase/ Acquisition Price Per Call Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|---|
| / / | $ | / / |  |  | $ | $ |  | / / |
| / / | $ | / / |  |  | $ | $ |  | / / |
| / / | $ | / / |  |  | $ | $ |  | / / |
| / / | $ | / / |  |  | $ | $ |  | / / |

COMPASS MINERALS

| 3. SALES DURING THE CLASS PERIOD – Separately list each and every sale/disposition (including free deliveries) of Compass Minerals call option contracts from after the opening of trading on February 8, 2023, through and including the close of trading on March 26, 2024. (Must be documented.) | | | | | | IF NONE, CHECK HERE ○ |
|---|---|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts Sold | Sale Price Per Call Option Contract | Total Sale Price (excluding taxes, commissions, and fees) |
| / / | $ | / / | | | $ | $ |
| / / | $ | / / | | | $ | $ |
| / / | $ | / / | | | $ | $ |
| / / | $ | / / | | | $ | $ |

| 4. ENDING HOLDINGS – Separately list all positions in Compass Minerals call option contracts in which you had an open interest as of the close of trading on March 26, 2024. (Must be documented.) | | | IF NONE, CHECK HERE ○ |
|---|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification Number at the top of each sheet.**

### IV. SCHEDULE OF TRANSACTIONS IN COMPASS MINERALS PUT OPTIONS

Complete this Part IV if and only if you sold (wrote) Compass Minerals put option contracts during the period from February 8, 2023 through March 26, 2024, inclusive. Please include proper documentation with your Claim Form as described in detail under the Claimant's Statement Paragraph 5 above. Do not include information in this section regarding securities other than Compass Minerals put options.

| 1. BEGINNING HOLDINGS – Separately list all positions in Compass Minerals put option contracts in which you had an open interest as of the close of trading on February 7, 2023. (Must be documented.) | | | IF NONE, CHECK HERE ○ |
|---|---|---|---|
| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Option Class Symbol | Number of Put Option Contracts in Which You Had an Open Interest |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |

COMPASS MINERALS

**2. SALES (WRITING) DURING THE CLASS PERIOD** – Separately list each and every sale (writing) (including free deliveries) of Compass Minerals put option contracts from after the opening of trading on February 8, 2023, through and including the close of trading on March 26, 2024. (Must be documented.)

| Date of Sale (Writing) (List Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Option Class Symbol | Number of Put Option Contracts Sold (Written) | Sale Price Per Put Option Contract | Total Sale Price (excluding taxes, commissions, and fees) | Insert an "A" if Assigned Insert an "E" if Exercised Insert an "X" if Expired | Assigned Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|---|
| /  / | $ | /  / | | | | $ | | /  / |
| /  / | $ | /  / | | | | $ | | /  / |
| /  / | $ | /  / | | | | $ | | /  / |
| /  / | $ | /  / | | | | $ | | /  / |

**3. PURCHASES/ACQUISITIONS DURING THE CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Compass Minerals put option contracts from after the opening of trading on February 8, 2024, through and including the close of trading on March 26, 2024. (Must be documented.)

**IF NONE, CHECK HERE** ○

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Option Class Symbol | Number of Put Option Contracts Purchased/ Acquired | Purchase/ Acquisition Price Per Put Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|---|---|---|
| /  / | $ | /  / | | | | $ |
| /  / | $ | /  / | | | | $ |
| /  / | $ | /  / | | | | $ |
| /  / | $ | /  / | | | | $ |

**4. ENDING HOLDINGS** – Separately list all positions in Compass Minerals put option contracts in which you had an open interest as of the close of trading on March 26, 2024. (Must be documented.)

**IF NONE, CHECK HERE** ○

| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Option Class Symbol | Number of Put Option Contracts in Which You Had an Open Interest |
|---|---|---|---|
| $ | /  / | | |
| $ | /  / | | |
| $ | /  / | | |
| $ | /  / | | |

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification Number at the top of each sheet.**

COMPASS MINERALS

**V. SUBSTITUTE FORM W-9**

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ | | _____ |

**VI. CERTIFICATION**

I (We) submit this Claim Form under the terms of the Settlement Stipulation described in the Long Notice. I (We) also submit to the jurisdiction of the United States District Court for the District of Kansas with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Compass Minerals securities during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS CLAIM FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)

☐ Check here if proof of authority to file is enclosed. (See Item 2 under Claimant's Statement)

Date: _____

**THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/COMPASS/ NO LATER THAN 11:59 P.M. ET ON OCTOBER 7, 2025, OR MUST BE MAILED TO THE FOLLOWING ADDRESS SO THAT IT IS POSTMARKED NO LATER THAN OCTOBER 7, 2025:**

Compass Minerals Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

COMPASS MINERALS

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by October 7, 2025 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

If you file your claim electronically, the Claims Administrator will send you a notice confirming receipt.

If you file your claim by first-class mail, you must send it Certified, Return Receipt Requested, for confirmation of delivery, or you may call or email the Claims Administrator at (866) 274-4004, info@strategicclaims.net for confirmation.

You should be aware that it will take a significant amount of time to process fully all of the Claim Forms and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Claim Form.  Please notify the Claims Administrator of any change of address.

### REMINDER CHECKLIST

o   Please be sure to sign this Claim Form on page 8. If this Claim Form is submitted on behalf of joint claimants, then each claimant must sign.
o   Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.
o   Do NOT use highlighter on the Claim Form or any supporting documents.
o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

*Compass Minerals Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net          FAX: (610) 565-7985

August 8, 2025

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Class Members.

**We request that you assist us in identifying any individuals/entities who fit the following description:**

ALL PERSONS AND ENTITIES WHO PURCHASED COMMON STOCK AND/OR CALL OPTIONS OR SOLD PUT OPTIONS OF COMPASS MINERALS INTERNATIONAL, INC. ("COMPASS MINERALS") DURING THE PERIOD FROM FEBRUARY 8, 2023 THROUGH MARCH 26, 2024, INCLUSIVE ("CLASS PERIOD").

Excluded from the Settlement Class are (1) Defendants and their immediate families; (2) the present and former officers and directors of the Compass Minerals; and (3) any entity in which any of the Defendants, or any person excluded under this sentence, has or had a controlling interest at all relevant times.

**The information below may assist you in finding the above requested information:**

| | |
|---|---|
| *Compass Minerals Securities Litigation*<br>Case No: 24-cv-02165<br>Claim Filing Deadline: October 7, 2025<br>Exclusion Deadline: October 7, 2025<br>Objection/Notice to Appear Deadline: October 7, 2025<br>Settlement Fairness Hearing: November 4, 2025 | **Security Identifiers:**<br><br>Cusip Number: 20451N101<br>ISIN: US20451N1019<br>SEDOL: 2202763<br>Ticker Symbol: NYSE: CMP |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with names, last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will do the emailing of the electronic copy of the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") or  link to the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and the Proof of Claim and Release Form ("Claim Form") (collectively, the "Long Notice and Claim Form") or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notices, you have ten (10) calendar days to mail them; or
4. Request an electronic copy of the Summary Notice or link to the Long Notice and Claim Form and email the Summary Notice or link to each of your beneficial purchasers/owners within ten (10) calendar days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.02 per Summary Notice or link to the Long Notice and Claim Form emailed,** OR
- **$0.02 per name, address and email address** if you are providing us the records, OR
- **$0.02 per name and address, including materials, plus postage at the pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Long Notice and Claim Form and other important case-related documents are available on our website at www.strategicclaims.net/compass/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Compass Minerals Securities Litigation

Compass Minerals Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**Court-Ordered Legal Notice
Forwarding Service Requested**

*A federal court authorized this
notice. This is not a solicitation
from a lawyer.*

*You may be entitled to a payment.
This notice may affect your legal
rights.*

*Please read it carefully.*

**EXHIBIT C**

*Valentine, et al., v. Compass Minerals International, Inc., et al.,* No. 2:24-CV-02165 (D. Kan.)
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET/COMPASS/ OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the District of Kansas (the "Court") has preliminarily approved a proposed Settlement of claims against Compass Minerals International, Inc. ("Compass Minerals") and certain of its current and former officers in the above-referenced action. The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants made material misrepresentations to the public about Compass Minerals' fire retardant business, causing damage to Settlement Class Members. Compass Minerals and the other Defendants deny any wrongdoing.

You received this notice because you may have purchased Compass Minerals securities (purchased common stock, purchased call options, or sold put options) between February 8, 2023 and March 26, 2024, both dates inclusive. The Settlement dismisses and releases claims against Defendants and creates a fund consisting of $4,900,000, less attorneys' fees and expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Claim Form"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Claim Form by visiting the website: www.strategicclaims.net/compass/. You may also request copies of the Notice and Claim Form from the Claims Administrator by: (1) mail: Compass Minerals Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Claim Form, which can be found on the website www.strategicclaims.net/compass/. PROOFS OF CLAIM ARE DUE BY MAIL, POSTMARKED BY OCTOBER 7, 2025, TO: COMPASS MINERALS SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063 or submitted electronically no later than October 7, 2025 at www.strategicclaims.net/compass/. If you do not want to be legally bound by the Settlement, you must exclude yourself by October 7, 2025 by mail or email. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by October 21, 2025. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on November 18, 2025 at 1:00 p.m. at the Courthouse, 500 State Avenue, Courtroom 427, Kansas City, KS 66101, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to one-third of the Settlement Fund in attorneys' fees, plus up to $55,000 in expenses, and awards to Plaintiffs of no more than $17,500 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.



**EXHIBIT D**



Josephine Bravata <jbravata@strategicclaims.net>

---

**GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA**
1 message

---

**donotreply@globenewswire.com** <donotreply@globenewswire.com>                    Sun, Aug 24, 2025 at 8:01 AM
To: jbravata@strategicclaims.net
Cc: jbravata@strategicclaims.net, lrosen@rosenlegal.com



Boost the trust and credibility of your next press release. Get CLEAR Verified by GlobeNewswire

# Release Distribution Confirmation

## The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Compass Minerals International Inc. Securities - CMP

**Cross time: 08/24/25 08:00 AM ET: Eastern Time -** View release on GlobeNewswire.com

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

---

This message was distributed by GlobeNewswire.
2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

EQ | GlobeNewswire by notified

Newsroom
Services
Contact Us
English ⌄

Sign In     Register



The Rosen Law Firm
TOP RANKED GLOBAL INVESTOR COUNSEL
☎ 866-767-3653   🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

## The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Compass Minerals International Inc. Securities - CMP

August 24, 2025 08:00 ET | Source: The Rosen Law Firm PA          Follow

Company Profile

The Rosen Law Firm PA

Industry: Consumer Services
Website: https://www.rosenlegal.com

Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

Share

KANSAS CITY, Kan., Aug. 24, 2025 (GLOBE NEWSWIRE) -- The Rosen Law Firm, P.A. announces that the United States District Court for the District of Kansas has approved the following announcement of a proposed class action settlement that would benefit purchasers of Compass Minerals International Inc. securities (NYSE: CMP):

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>Defendants. | Case No: 24-cv-02165 |

SUMMARY NOTICE OF PENDENCY AND

PROPOSED CLASS ACTION SETTLEMENT

TO: ALL PERSONS WHO PURCHASED COMPASS MINERALS INTERNATIONAL INC. ("COMPASS MINERALS") SECURITIES (PURCHASED COMMON STOCK, PURCHASED CALL OPTIONS, OR SOLD PUT OPTIONS) FROM FEBRUARY 8, 2023 THROUGH MARCH 26, 2024, INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Kansas, that a hearing will be held on November 18, 2025, at 1:00 p.m. before the Honorable Eric F. Melgren, Chief United States District Judge of the District of Kansas, 500 State Avenue, Courtroom 427, Kansas City, KS 66101 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $4,900,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $55,000 and a service payment of no more than $17,500 in total to Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated June 30, 2025 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased Compass Minerals securities (purchased common stock, purchased call options, or sold put options) during the period from February 8, 2023 through March 26, 2024, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Compass Minerals securities. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form ("Claim Form"), you may obtain copies by writing to or calling the Claims Administrator: Compass Minerals Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit Claim Form online at www.strategicclaims.net/compass/. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Claim Form electronically or postmarked no later than October 7, 2025 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than October 7, 2025, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than October 21, 2025, by the Court, Lead Counsel and Defense Counsel.

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Laurence Rosen, Esq.

Michael Cohen, Esq.

THE ROSEN LAW FIRM, P.A.

275 Madison Ave, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

lrosen@rosenlegal.com

mcohen@rosenlegal.com

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.

DATED: JULY 25, 2025

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Tags

Class Action



**Josephine Bravata <jbravata@strategicclaims.net>**

## PR Newswire: Press Release Distribution Confirmation for The Rosen Law Firm, P.A.. ID#4482411-1-1

1 message

**phhubs@prnewswire.com** <phhubs@prnewswire.com>                          Sun, Sep 7, 2025 at 8:00 AM
To: jbravata@strategicclaims.net

Hello

Your press release was successfully distributed at: 07-Sep-2025 08:00:00 AM ET


Release headline: The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Compass Minerals International Inc. Securities - CMP
Word Count: 750
Product Selections: US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 4482411-1-1


View your release:* https://www.prnewswire.com/news-releases/the-rosen-law-firm-pa-announces-proposed-class-action-settlement-on-behalf-of-purchasers-of-compass-minerals-international-inc-securities---cmp-302524730.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,
Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.prnewswire.com/resources/white-papers/definitive-guide-engaging-press-release/?utm_medium=email&utm_source=iris&utm_content=content&utm_campaign=2024-prn-distro-confirmation

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.
* Share Your Feedback: North American customers, please watch for our survey in your inbox tomorrow. Your input matters! Coming soon to other regions.

# The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Compass Minerals International Inc. Securities - CMP

NEWS PROVIDED BY
**The Rosen Law Firm, P.A.** ➞
Sep 07, 2025, 08:00 ET

KANSAS CITY, Kan., Sept. 7, 2025 /PRNewswire/ — The Rosen Law Firm, P.A. announces that the United States District Court for the District of Kansas has approved the following announcement of a proposed class action settlement that would benefit purchasers of Compass Minerals International Inc. securities (NYSE: **CMP**):

**UNITED STATES DISTRICT COURT**

**DISTRICT OF KANSAS**

| | |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>Defendants. | Case No: 24-cv-02165 |

**SUMMARY NOTICE OF PENDENCY AND**

**PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS WHO PURCHASED COMPASS MINERALS INTERNATIONAL INC. ("COMPASS MINERALS") SECURITIES (PURCHASED COMMON STOCK, PURCHASED CALL OPTIONS, OR SOLD PUT OPTIONS) FROM FEBRUARY 8, 2023 THROUGH MARCH 26, 2024, INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Kansas, that a hearing will be held on November 18, 2025, at 1:00 p.m. before the Honorable Eric F. Melgren, Chief United States District Judge of the District of Kansas, 500 State Avenue, Courtroom 427, Kansas City, KS 66101 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $4,900,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $55,000 and a service payment of no more than $17,500 in total to Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated June 30, 2025 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased Compass Minerals securities (purchased common stock, purchased call options, or sold put options) during the period from February 8, 2023 through March 26, 2024, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Compass Minerals securities. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form ("Claim Form"), you may obtain copies by writing to or calling the Claims Administrator: Compass Minerals Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; **info@strategicclaims.net**. You can also download copies of the Notice and submit Claim Form online at **www.strategicclaims.net/compass/**. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Claim Form electronically or postmarked no later than October 7, 2025 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than October 7, 2025, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than October 21, 2025, by the Court, Lead Counsel and Defense Counsel.

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Laurence Rosen, Esq.
Michael Cohen, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
**lrosen@rosenlegal.com**
**mcohen@rosenlegal.com**

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: JULY 25, 2025

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

SOURCE The Rosen Law Firm, P.A.

WANT YOUR COMPANY'S NEWS

**FEATURED ON PRNEWSWIRE.COM?**

**GET STARTED**

| 440k+<br>Newsrooms &<br>Influencers | 9k+<br>Digital Media<br>Outlets | 270k+<br>Journalists<br>Opted In |
|---|---|---|