FILED
U.S. District Court
District of Kansas

OCT 17 2025

Clerk, U.S. District Court
By_____ Deputy Clerk

Brendan M. Dillon
Melanie D. Dillon
4824 Archer Place
Acworth, GA 30101

Clerk of the Court
United States District Court
District of Kansas
500 State Avenue, Room 259
Kansas City, KS 66101

Re :    Valentine, et al., v. Compass Minerals International Inc., et al.,
        Civil Action No. 2 :24-CV-02165 (D. Kan.)

To Whom it may concern,

This notice in writing is for formal disagreement with the proposed settlement in the reference case of this notice.  We do not believe the court should approve this settlement due to the minimal amount of the settlement.

During the period in question February 8, 2023 – March 26, 2024, the share price of Compass Minerals International declined over 61% of the share value ($40.78 to $15.74).

We executed a sale in August of 2023 where we only lost 20% of the share value. Amounted to a net loss of over $8/share in our case where the overall loss during the period in question is $25/share.

The proposed settlement is for $0.39/share with an estimated compensation to the shareholders of only $0.25/share.  This proposed settlement is 1% of the total for this period.  Based on the information provided and the impact on market value for the shareholder the settlement should be significantly more.  Minimally 10% of the loss should be considered.

Sincerely,

Brendan M. Dillon

Melanie D. Dillon

COMPASS MINERALS

## I. CLAIMANT INFORMATION

Beneficial Owner Name:

BrenDAN Matthew Dillon & Melanie Dillon

FILED
U.S. District Court
District of Kansas

UCT 17 2025

Address:

4824 Archer Place

Clerk, U.S. District Court
By _____ Deputy Clerk

| City: Acworth | State: GA | Zip Code: 30101 |
|---|---|---|
| Foreign Province: | Foreign Country: | |
| Day Phone: 385-469-7566 | Evening Phone: 385-469-7566 | |
| Email: | | |

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|
| 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 & 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 | | |

## II. SCHEDULE OF TRANSACTIONS IN COMPASS MINERALS INTERNATIONAL, INC. COMMON STOCK

**Beginning Holdings:**

A.  State the total number of shares of Compass Minerals common stock held at the close of trading on February 7, 2023 (*must be documented*).  If none, write "zero" or "0."

618

**Purchases/Acquisitions:**

B.  Separately list each and every purchase or acquisition of Compass Minerals common stock between February 8, 2023 and June 24, 2024, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| January 22, 2024 | 4 | 20.178 | 80.71 |
| February 16, 2024 | 4 | 21.0214 | 84.09 |
| March 19, 2024 | 4 | 19.3350 | 77.34 |
| March 28, 2024 | 4 | 14.2250 | 56.90 |

4

COMPASS MINERALS

**Sales:**

C. Separately list each and every sale of Compass Minerals common stock between February 8, 2023 and June 24, 2024, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| August 17, 2023 | 618 | 32.56 | 20,121.83 |
| May 22, 2024 | 16.0679 | 13.0608 | 209.86 |
| | | | |
| | | | |

**Ending Holdings:**

D. State the total number of shares of Compass Minerals common stock held at the close of trading on June 24, 2024 (*must be documented*). If none, write "zero" or "0."



0

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SCHEDULE OF TRANSACTIONS IN COMPASS MINERALS CALL OPTIONS

Complete this Part III if and only if you purchased/acquired Compass Minerals call options during the period from February 8, 2023 through March 26, 2024, inclusive. Please include proper documentation with your Claim Form as described in detail under Claimant's Statement Paragraph 5 above. Do not include information in this section regarding securities other than Compass Minerals call options.

| 1. BEGINNING HOLDINGS – Separately list all positions in Compass Minerals call option contracts in which you had an open interest as of the close of trading on February 7, 2023. (Must be documented.) | | | IF NONE, CHECK HERE ○ |
|---|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |

**2. PURCHASES/ACQUISITIONS DURING THE CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Compass Minerals call option contracts from after the opening of trading on February 8, 2023, through and including the close of trading on March 26, 2024. (Must be documented.)

| Date of Purchase/ Acquisition (List Chrono-logically) (Month/ Day/ Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/ Year) | Option Class Symbol | Number of Call Option Contracts Purchased / Acquired | Purchase/ Acquisition Price Per Call Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise Date (Month/ Day/ Year) |
|---|---|---|---|---|---|---|---|---|
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |

**charles SCHWAB**

Schwab One® Account of

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|--------|-------------|----------|----------|-----------------|---------------|---------------------------|------------|-----------------------|-----------|
| SFSNX | SCHWAB FUNDAMENTAL US SM <sup>◊</sup> ALL COMPANY IDX | 318.4910 | 15.90000 | 5,064.01 | 5,150.00 | (85.99) | | | 24% |
| **Total Mutual Funds** | | | | **$5,064.01** | **$5,150.00** | **($85.99)** | | **$0.00** | **24%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $163.42 | | $100.00 | | $0.00 | | ($5,355.11) | | $5,137.29 | | $64.79 | | $0.00 | | $110.39 |

Other Activity  **$0.00**          Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|---------------|-------------|----------|-------------------------|----------------------|-----------|-------------------------|
| 01/02 | Dividend | Qual. Dividend | BTE | BAYTEX ENERGY CORP    F | | | | 23.07 | |
| | Dividend | Foreign Tax Paid | BTE | BAYTEX ENERGY CORP    F | | | | (3.46) | |
| 01/16 | Purchase | Reinvested Shares | SWVXX | SCHWAB VALUE ADVANTAGE M ONEY INV | 21.8500 | 1.0000 | | (21.85) | |
| | Dividend | Div For Reinvest | SWVXX | SCHWAB VALUE ADVANTAGE M | | | | 21.85 | |
| 01/19 | Deposit | MoneyLink Txn | | Tfr US Bank National A, BRENDAN DILLON, | | | | 50.00 | |
| 01/22 | Purchase | | CPRX | CATALYST PHARMA INC | 7.0000 | 14.6500 | | (102.55) | |
| | Purchase | | CMP | COMPASS MINERALS INT | 4.0000 | 20.1780 | | (80.71) | |
| 01/25 | Sale | | PMFYX | PIONEER MULTI-ASSET INCO ME Y | (461.5710) | 11.1300 | | 5,137.29 | (4.44) <sup>(ST)</sup> |
| 01/26 | Purchase | | SFSNX | SCHWAB FUNDAMENTAL US SM ALL COMPANY IDX | 318.4910 | 16.1700 | | (5,150.00) | |



Schwab One® Account of

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period

May 1-31, 2024

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| SFSNX | SCHWAB FUNDAMENTAL US SM ◊ ALL COMPANY IDX | 321.0880 | 16.85000 | 5,410.33 | 5,192.93 | 217.40 | | | 24% |
| **Total Mutual Funds** | | | | **$5,410.33** | **$5,192.93** | **$217.40** | | **$0.00** | **24%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 05/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 05/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $70.37 | | $50.00 | | ($70.00) | | ($579.79) | | $547.33 | | $43.66 | | $0.00 | | $61.57 |

Other Activity **$0.00**      Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/15 | Purchase | Reinvested Shares | SWVXX | SCHWAB VALUE ADVANTAGE M ONEY INVESTOR SHARES | 43.6600 | 1.0000 | | (43.66) | |
| | Dividend | Div For Reinvest | SWVXX | SCHWAB VALUE ADVANTAGE M | | | | 43.66 | |
| 05/20 | Withdrawal | Journaled Funds | | JOURNAL TO 28589330 | | | | (70.00) | |
| 05/21 | Purchase | | SFSNX | SCHWAB FUNDAMENTAL US SM ALL COMPANY IDX | 0.9770 | 17.0300 | | (16.63) | |
| 05/22 | Sale | | CMP | COMPASS MINERALS INT | (16.0679) | 13.0608 | | 209.86 | (90.38) (ST) |
| | Purchase | | WMT | WALMART INC | 3.0000 | 64.5344 | | (193.60) | |
| 05/24 | Sale | | BTE | BAYTEX ENERGY CORP    F Exchange Processing Fee $0.03 | (100.0000) | 3.3750 | 0.03 | 337.47 | (58.73) (LT) |
| 05/28 | Purchase | | WMT | WALMART INC | 5.0000 | 65.1800 | | (325.90) | |



## Schwab One® Account of

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period
**August 1-31, 2023**

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 08/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 08/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $49.70 | | $50.00 | | $0.00 | | ($5,046.23) | | $20,121.83 | | $2.71 | | $0.00 | | $15,178.01 |

Other Activity **$20,937.84**     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 08/07 | Purchase | | BTE | BAYTEX ENERGY CORP    F | 10.0000 | 3.9800 | | (39.80) | |
| 08/11 | Other Activity | Account Transfer | CMP | COMPASS MINERALS INT | 618.0000 | 33.8800 | | 20,937.84 | |
| 08/14 | Purchase | | BTE | BAYTEX ENERGY CORP    F | 2.0000 | 4.1700 | | (8.34) | |
| 08/17 | Sale | | CMP | COMPASS MINERALS INT<br>Exchange Processing Fee $0.25 | (618.0000) | 32.5600 | 0.25 | 20,121.83 | |
| 08/21 | Purchase | | BTE | BAYTEX ENERGY CORP    F | 1,253.0000 | 3.9889 | | (4,998.09) | |
| 08/28 | Deposit | MoneyLink Txn | | Tfr US BANK NATIONAL A, BRENDAN DILLON, | | | | 50.00 | |
| 08/30 | Interest | Credit Interest | | SCHWAB1 INT 07/28-08/29 | | | | 2.71 | |
| **Total Transactions** | | | | | | | | **$36,066.15** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.
07/28 through 08/29: $2.71 based on .450% average Schwab One® interest rate paid on 13 days in which your account had an average daily balance of $16,672.10.

## Schwab One® Account of

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period

March 1-31, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|---------------|-------------|----------|-------------------------|----------------------|-----------|-------------------------|
| 03/28 | Purchase | | CMP | COMPASS MINERALS INT | 4.0000 | 14.2250 | | (56.90) | |
| **Total Transactions** | | | | | | | | **($84.24)** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/ CUSIP | Description | Quantity | Market Price/ Rate per Share($) | Limit Price($) | Settle/ Payable Date | Expiration Date | Amount($) |
|---------------|------|--------|---------------|-------------|----------|---------------------------------|----------------|----------------------|-----------------|-----------|
| Pending | 03/15 | Qual Div | BTE | BAYTEX ENERGY CORP   F | 1,371.0000 | 0.0166 | | 04/01 | | 22.80 |
| **Total Pending Transactions** | | | | | | | | | | **$22.80** |

Pending transactions are not included in account value.

## Endnotes For Your Account

◊   Dividends paid on this security will be automatically reinvested.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. Interest**: For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:**



**Schwab One® Account** of

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period
March 1-31, 2024

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|--------|-------------|----------|----------|-----------------|---------------|---------------------------|------------|------------------------|-----------|
| SFSNX | SCHWAB FUNDAMENTAL US SM ◊ ALL COMPANY IDX | 320.1110 | 17.11000 | 5,477.10 | 5,176.30 | 300.80 | | | 25% |
| **Total Mutual Funds** | | | | **$5,477.10** | **$5,176.30** | **$300.80** | | **$0.00** | **25%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 03/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 03/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $85.23 | | $50.00 | | $0.00 | | ($181.24) | | $0.00 | | $47.00 | | $0.00 | | $0.99 |

Other Activity **$0.00**        Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|---------------|-------------|----------|-------------------------|----------------------|-----------|--------------------------|
| 03/01 | Dividend | Div For Reinvest | MGY | MAGNOLIA OIL & GAS CORP | | | | 0.79 | |
| 03/04 | Purchase | Reinvested Shares | MGY | MAGNOLIA OIL & GAS CORP CLASS A | 0.0331 | 23.8575 | | (0.79) | |
| 03/15 | Purchase | Reinvested Shares | SWVXX | SCHWAB VALUE ADVANTAGE M ONEY INVESTOR SHARES | 45.0100 | 1.0000 | | (45.01) | |
| | Dividend | Div For Reinvest | SWVXX | SCHWAB VALUE ADVANTAGE M | | | | 45.01 | |
| 03/19 | Purchase | | CMP | COMPASS MINERALS INT | 4.0000 | 19.3350 | | (77.34) | |
| 03/20 | Purchase | Reinvested Shares | CMP | COMPASS MINERALS INT | 0.0679 | 17.6724 | | (1.20) | |
| | Dividend | Qual Div Reinvest | CMP | COMPASS MINERALS INT | | | | 1.20 | |
| 03/27 | Deposit | MoneyLink Txn | | Tfr US BANK NATIONAL A, BRENDAN DILLON, | | | | 50.00 | |

Schwab One® Account of

**charles SCHWAB**

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period
February 1-29, 2024

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| SFSNX | SCHWAB FUNDAMENTAL US SM °<br>ALL COMPANY IDX | 320.1110 | 16.53000 | 5,291.43 | 5,176.30 | 115.13 | | | 25% |
| **Total Mutual Funds** | | | | **$5,291.43** | **$5,176.30** | **$115.13** | | **$0.00** | **25%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 02/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 02/29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $110.39 | | $50.00 | | $0.00 | | ($154.08) | | $35.23 | | $43.69 | | $0.00 | | $85.23 |

Other Activity **$0.00**      Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 02/15 | Purchase | | SFSNX | SCHWAB FUNDAMENTAL US SM ALL COMPANY IDX | 1.6200 | 16.2300 | | (26.30) | |
| | Purchase | Reinvested Shares | SWVXX | SCHWAB VALUE ADVANTAGE M ONEY INVESTOR SHARES | 43.6900 | 1.0000 | | (43.69) | |
| | Dividend | Div For Reinvest | SWVXX | SCHWAB VALUE ADVANTAGE M | | | | 43.69 | |
| 02/16 | Purchase | | CMP | COMPASS MINERALS INT | 4.0000 | 21.0214 | | (84.09) | |
| 02/27 | Sale | | PTEN | PATTERSON UTI ENERGY | (3.0373) | 11.5991 | | 35.23 | (0.05) (ST)<br>(7.72) (LT) |
| | Deposit | MoneyLink Txn | | Tfr US BANK NATIONAL A, BRENDAN DILLON, | | | | 50.00 | |
| **Total Transactions** | | | | | | | | **($25.16)** | **$(7.77)** |

Date column represents the Settlement/Process date for each transaction.

4 of 6

Dillon
4824 Archer Place
Acworth, GA 30101



PITNEY BOWES
$2.17⁰
US POSTAGE℠
FIRST-CLASS
028W0002310518
2000452408
ZIP 30152
OCT 11 2025



RECEIVED
OCT 17 2025
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

Clerk of the Court
United States District Court
District of Kansas
500 State Avenue, Room 259
Kansas City, KS 66101