**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>Defendants. | Case No: 24-cv-02165-EFM<br><br>CLASS ACTION |

**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

On July 9, 2025, Defendants Kevin S. Crutchfield, Edward C. Dowling, Jr., Lorin Crenshaw, Jennifer (Jenny) Hood, and Compass Minerals International, Inc. (collectively, "Defendants") caused notice of the proposed class action settlement in the above-referenced action with Lead Plaintiffs and the Settlement Class (as defined by the Stipulation of Settlement, ECF No. 33-1) to be provided to each appropriate Federal official and each appropriate State official by either U.S. Postal Service Priority Mail or electronic mail pursuant to 28 U.S.C. § 1715(b).

Dated: October 20, 2025

Respectfully submitted,

**HUSCH BLACKWELL LLP**


*/s/ Sara A. Fevurly*
Sara A. Fevurly, KS Bar No.: 27537
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Tel: (816) 983-8000
Fax: (816) 983-8080
sara.fevurly@huschblackwell.com

Catherine L. Hanaway (*pro hac vice*)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Tel: (314) 480-1500
Fax: (877) 539-3450
catherine.hanaway@huschblackwell.com

Jay B. Kasner (*pro hac vice*)
Susan L. Saltzstein (*pro hac vice*)
SKADDEN, ARPS, SLATE
MEAGHER & FLOM, LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
susan.saltzstein@skadden.com


*Counsel for Defendants Compass Minerals International, Inc., Kevin S. Crutchfield, Edward C. Dowling, Jr., Lorin Crenshaw, and Jennifer (Jenny) Hood*