**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>    Defendants. | Case No: 24-cv-02165 |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING/EMAILING OF THE NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty-five years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred seventy-five (575) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING AND/OR EMAILING OF THE NOTICE**

2.      Pursuant to the Court's Order Preliminarily Approving Class Action Settlement and Providing for Notice, dated July 25, 2025 (ECF No. 35, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator and Escrow Agent to supervise and administer the notice procedure as well as the processing of claims in connection with the above-

captioned Action.[1]  I submit this declaration as a supplement to the previously filed Declaration of Josephine Bravata Concerning: (A) Mailing/Emailing of the Notice; (B) Publication of the Summary Notice; (C) Report on Requests for Exclusion and Objections; and (D) Claims Received to Date, dated October 14, 2025 (ECF No. 43-1, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    As reported in the Initial Mailing Declaration, SCS mailed or emailed 2,465 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. An additional 20,976 Postcard Notices were mailed to potential Settlement Class Members[2].  SCS also emailed the link to the Long Notice and Claim Form to 3,801 email addresses provided by individuals or nominees, and SCS was notified by a nominee that it emailed 21,618 of its clients the link to the Long Notice and Claim Form on the Settlement website. Since the Initial Mailing Declaration, SCS has not mailed any additional Postcard Notices due to nominee responses, and no additional emails with the link to the location of the Long Notice and Claim Form have been sent.  In total, as of the date of this declaration, 46,395 notices (either via a mailed Postcard Notice or an emailed link to the Long Notice and Claim Form on the Settlement website) were sent to potential Settlement Class Members.

## UPDATE ON TOLL-FREE PHONE LINE

4.    The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) that potential Settlement Class Members may call to obtain information

---

[1] All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated June 30, 2025 (ECF No. 33-1, the "Settlement Stipulation").

[2]  Since the Initial Mailing Declaration was filed, SCS has received no additional requests from potential Settlement Class Members for the Long Notice and Claim Form to be mailed.

about the Settlement. SCS continues to promptly respond to each telephone inquiry and will continue to respond to potential Settlement Class Member inquiries via the toll-free telephone number through the claims process.

## UPDATE ON SETTLEMENT WEBSITE

5.     The Initial Mailing Declaration also noted that on August 8, 2025, SCS established a webpage for the Settlement on its website at www.strategicclaims.net/compass/. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains a current status; the case deadlines; the online claim filing link; Important Documents; and Representative Filers documents. SCS updated the website to note the new courtroom for the Settlement Fairness Hearing on September 24, 2025. SCS will continue to maintain and, as appropriate, update the Settlement website with relevant case information through the claims process. To date, there have been 3,401 page views by 1,100 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6.     The Postcard Notice, Long Notice, Summary Notice, and the Settlement website informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than October 7, 2025. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any request for exclusion.

7.     According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs must have filed their objections with the Clerk of the Court, Lead Counsel, and Counsel for Defendants such that they were received no later than

3

October 21, 2025.  As of the date of this declaration, SCS was notified by Lead Counsel that one objection was filed.  Attached as **Exhibit A** is a copy of the filed objection.

## UPDATE ON CLAIMS RECEIVED TO DATE

8.      The Postcard Notice, Long Notice, Summary Notice, and the Settlement website informed potential Settlement Class Members that in order to qualify for a payment from the Net Settlement Fund, a Claim Form must be submitted online at the Settlement website no later than October 7, 2025 by 11:59 p.m. ET or by mail postmarked no later than October 7, 2025.  To date, SCS has received 14,177 Claim Forms.

9.      SCS is currently processing the claims received, including communicating with Representative Filers who submitted deficient files, conducting quality assurance reviews, such as verifying required supporting documentation was submitted with the claim, detecting duplicated claims, etc.  With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of November 2025, in Media, Pennsylvania.


Josephine Bravata
Josephine Bravata

**EXHIBIT A**

FILED
U.S. District Court
District of Kansas

OCT 17 2025

Clerk, U.S. District Court
By_____ Deputy Clerk

Brendan M. Dillon
Melanie D. Dillon

Clerk of the Court
United States District Court
District of Kansas
500 State Avenue, Room 259
Kansas City, KS 66101

Re :  Valentine, et al., v. Compass Minerals International Inc., et al.,
Civil Action No. 2 :24-CV-02165 (D. Kan.)

To Whom it may concern,

This notice in writing is for formal disagreement with the proposed settlement in the reference case of this notice. We do not believe the court should approve this settlement due to the minimal amount of the settlement.

During the period in question February 8, 2023 – March 26, 2024, the share price of Compass Minerals International declined over 61% of the share value ($40.78 to $15.74).

We executed a sale in August of 2023 where we only lost 20% of the share value. Amounted to a net loss of over $8/share in our case where the overall loss during the period in question is $25/share.

The proposed settlement is for $0.39/share with an estimated compensation to the shareholders of only $0.25/share. This proposed settlement is 1% of the total for this period. Based on the information provided and the impact on market value for the shareholder the settlement should be significantly more. Minimally 10% of the loss should be considered.

Sincerely,

Brendan M. Dillon

Melanie D. Dillon

COMPASS MINERALS

## I. CLAIMANT INFORMATION

Beneficial Owner Name:

BrenDAN Matthew Dillon & Melanie Dillon

FILED
U.S. District Court
District of Kansas

OCT 17 2025

Address:

Clerk, U.S. District Court
By_____ Deputy Clerk

| City: | State: | Zip Code: |
|---|---|---|

| Foreign Province: | Foreign Country: |
|---|---|

| Day Phone: | Evening Phone: |
|---|---|

Email:

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|

## II. SCHEDULE OF TRANSACTIONS IN COMPASS MINERALS INTERNATIONAL, INC. COMMON STOCK

**Beginning Holdings:**

A.  State the total number of shares of Compass Minerals common stock held at the close of trading on February 7, 2023 (*must be documented*).  If none, write "zero" or "0."

618

**Purchases/Acquisitions:**

B.  Separately list each and every purchase or acquisition of Compass Minerals common stock between February 8, 2023 and June 24, 2024, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| January 22, 2024 | 4 | 20.178 | 80.71 |
| February 16, 2024 | 4 | 21.0214 | 84.09 |
| March 19, 2024 | 4 | 19.3350 | 77.34 |
| March 28, 2024 | 4 | 14.2250 | 56.90 |

4

COMPASS MINERALS

**Sales:**

C. Separately list each and every sale of Compass Minerals common stock between February 8, 2023 and June 24, 2024, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| August 17, 2023 | 618 | 32.56 | 20,121.83 |
| May 22, 2024 | 16.0679 | 13.0608 | 209.86 |
| | | | |
| | | | |

**Ending Holdings:**

D. State the total number of shares of Compass Minerals common stock held at the close of trading on June 24, 2024 (*must be documented*). If none, write "zero" or "0."

$\boxed{0}$

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SCHEDULE OF TRANSACTIONS IN COMPASS MINERALS CALL OPTIONS

Complete this Part III if and only if you purchased/acquired Compass Minerals call options during the period from February 8, 2023 through March 26, 2024, inclusive. Please include proper documentation with your Claim Form as described in detail under Claimant's Statement Paragraph 5 above. Do not include information in this section regarding securities other than Compass Minerals call options.

| 1. BEGINNING HOLDINGS – Separately list all positions in Compass Minerals call option contracts in which you had an open interest as of the close of trading on February 7, 2023. (Must be documented.) | | | IF NONE, CHECK HERE ○ |
|---|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |

**2. PURCHASES/ACQUISITIONS DURING THE CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Compass Minerals call option contracts from after the opening of trading on February 8, 2023, through and including the close of trading on March 26, 2024. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/ Day/ Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/ Year) | Option Class Symbol | Number of Call Option Contracts Purchased / Acquired | Purchase/ Acquisition Price Per Call Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise Date (Month/ Day/ Year) |
|---|---|---|---|---|---|---|---|---|
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |

5

Case 2:24-cv-02165-EFM-ADM   Document 47-1   Filed 11/10/25   Page 8 of 14

**Schwab One® Account** of

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| SFSNX | SCHWAB FUNDAMENTAL US SM °<br>ALL COMPANY IDX | 318.4910 | 15.90000 | 5,064.01 | 5,150.00 | (85.99) | | | 24% |
| **Total Mutual Funds** | | | | **$5,064.01** | **$5,150.00** | **($85.99)** | | **$0.00** | **24%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $163.42 | | $100.00 | | $0.00 | | ($5,355.11) | | $5,137.29 | | $64.79 | | $0.00 | | $110.39 |

Other Activity **$0.00**          Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/02 | Dividend | Qual. Dividend | BTE | BAYTEX ENERGY CORP    F | | | | 23.07 | |
| | Dividend | Foreign Tax Paid | BTE | BAYTEX ENERGY CORP    F | | | | (3.46) | |
| 01/16 | Purchase | Reinvested Shares | SWVXX | SCHWAB VALUE ADVANTAGE M ONEY INV | 21.8500 | 1.0000 | | (21.85) | |
| | Dividend | Div For Reinvest | SWVXX | SCHWAB VALUE ADVANTAGE M | | | | 21.85 | |
| 01/19 | Deposit | MoneyLink Txn | | Tfr US Bank National A, BRENDAN DILLON, | | | | 50.00 | |
| 01/22 | Purchase | | CPRX | CATALYST PHARMA INC | 7.0000 | 14.6500 | | (102.55) | |
| | Purchase | | CMP | COMPASS MINERALS INT | 4.0000 | 20.1780 | | (80.71) | |
| 01/25 | Sale | | PMFYX | PIONEER MULTI-ASSET INCO ME Y | (461.5710) | 11.1300 | | 5,137.29 | (4.44) (ST) |
| 01/26 | Purchase | | SFSNX | SCHWAB FUNDAMENTAL US SM ALL COMPANY IDX | 318.4910 | 16.1700 | | (5,150.00) | |

**charles SCHWAB**

## Schwab One® Account of

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period

May 1-31, 2024

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| SFSNX | SCHWAB FUNDAMENTAL US SM ◊ ALL COMPANY IDX | 321.0880 | 16.85000 | 5,410.33 | 5,192.93 | 217.40 | | | 24% |
| **Total Mutual Funds** | | | | **$5,410.33** | **$5,192.93** | **$217.40** | | **$0.00** | **24%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 05/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 05/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $70.37 | | $50.00 | | ($70.00) | | ($579.79) | | $547.33 | | $43.66 | | $0.00 | | $61.57 |

Other Activity **$0.00**     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/15 | Purchase | Reinvested Shares | SWVXX | SCHWAB VALUE ADVANTAGE MONEY INVESTOR SHARES | 43.6600 | 1.0000 | | (43.66) | |
| | Dividend | Div For Reinvest | SWVXX | SCHWAB VALUE ADVANTAGE M | | | | 43.66 | |
| 05/20 | Withdrawal | Journaled Funds | | JOURNAL TO 28589330 | | | | (70.00) | |
| 05/21 | Purchase | | SFSNX | SCHWAB FUNDAMENTAL US SM ALL COMPANY IDX | 0.9770 | 17.0300 | | (16.63) | |
| 05/22 | Sale | | CMP | COMPASS MINERALS INT | (16.0679) | 13.0608 | | 209.86 | (90.38) (ST) |
| | Purchase | | WMT | WALMART INC | 3.0000 | 64.5344 | | (193.60) | |
| 05/24 | Sale | | BTE | BAYTEX ENERGY CORP     F Exchange Processing Fee $0.03 | (100.0000) | 3.3750 | 0.03 | 337.47 | (58.73) (LT) |
| 05/28 | Purchase | | WMT | WALMART INC | 5.0000 | 65.1800 | | (325.90) | |

4 of 6

## Schwab One® Account of

**BRENDAN MATTHEW DILLON &**
**MELANIE DILLON**
**DESIGNATED BENE PLAN/TOD**

Statement Period

**August 1-31, 2023**

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 08/01 + | Deposits + | Withdrawals + | Purchases + | Sales/Redemptions + | Dividends/Interest + | Fees = | Ending Cash* as of 08/31 |
|---|---|---|---|---|---|---|---|
| $49.70 | $50.00 | $0.00 | ($5,046.23) | $20,121.83 | $2.71 | $0.00 | $15,178.01 |

Other Activity **$20,937.84**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 08/07 | Purchase | | BTE | BAYTEX ENERGY CORP    F | 10.0000 | 3.9800 | | (39.80) | |
| 08/11 | Other Activity | Account Transfer | CMP | COMPASS MINERALS INT | 618.0000 | 33.8800 | | 20,937.84 | |
| 08/14 | Purchase | | BTE | BAYTEX ENERGY CORP    F | 2.0000 | 4.1700 | | (8.34) | |
| 08/17 | Sale | | CMP | COMPASS MINERALS INT  Exchange Processing Fee $0.25 | (618.0000) | 32.5600 | 0.25 | 20,121.83 | |
| 08/21 | Purchase | | BTE | BAYTEX ENERGY CORP    F | 1,253.0000 | 3.9889 | | (4,998.09) | |
| 08/28 | Deposit | MoneyLink Txn | | Tfr US BANK NATIONAL A, BRENDAN DILLON, | | | | 50.00 | |
| 08/30 | Interest | Credit Interest | | SCHWAB1 INT 07/28-08/29 | | | | 2.71 | |
| **Total Transactions** | | | | | | | | **$36,066.15** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.
07/28 through 08/29: $2.71 based on .450% average Schwab One® interest rate paid on 13 days in which your account had an average daily balance of $16,672.10.

**charles SCHWAB**

## Schwab One® Account of

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period
March 1-31, 2024

## Transaction Details (continued)

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|---------------|-------------|----------|-------------------------|----------------------|-----------|-------------------------|
| 03/28 | Purchase | | CMP | COMPASS MINERALS INT | 4.0000 | 14.2250 | | (56.90) | |
| **Total Transactions** | | | | | | | | **($84.24)** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/ CUSIP | Description | Quantity | Market Price/ Rate per Share($) | Limit Price($) | Settle/ Payable Date | Expiration Date | Amount($) |
|---------------|------|--------|---------------|-------------|----------|---------------------------------|----------------|----------------------|-----------------|-----------|
| Pending | 03/15 | Qual Div | BTE | BAYTEX ENERGY CORP    F | 1,371.0000 | 0.0166 | | 04/01 | | 22.80 |
| **Total Pending Transactions** | | | | | | | | | | **$22.80** |

Pending transactions are not included in account value.

## Endnotes For Your Account

◊     Dividends paid on this security will be automatically reinvested.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. Interest**: For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:**

Case 2:24-cv-02165-EFM-ADM   Document 47-1   Filed 11/10/25   Page 12 of 14

**Schwab One® Account** of

*charles*
SCHWAB

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period
March 1-31, 2024

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|--------|-------------|----------|----------|-----------------|---------------|---------------------------|------------|-----------------------|-----------|
| SFSNX | SCHWAB FUNDAMENTAL US SM ◊ ALL COMPANY IDX | 320.1110 | 17.11000 | 5,477.10 | 5,176.30 | 300.80 | | | 25% |
| **Total Mutual Funds** | | | | **$5,477.10** | **$5,176.30** | **$300.80** | | **$0.00** | **25%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 03/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 03/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $85.23 | | $50.00 | | $0.00 | | ($181.24) | | $0.00 | | $47.00 | | $0.00 | | $0.99 |

Other Activity **$0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|--------------|-------------|----------|-------------------------|---------------------|-----------|-------------------------|
| 03/01 | Dividend | Div For Reinvest | MGY | MAGNOLIA OIL & GAS CORP | | | | 0.79 | |
| 03/04 | Purchase | Reinvested Shares | MGY | MAGNOLIA OIL & GAS CORP CLASS A | 0.0331 | 23.8575 | | (0.79) | |
| 03/15 | Purchase | Reinvested Shares | SWVXX | SCHWAB VALUE ADVANTAGE M ONEY INVESTOR SHARES | 45.0100 | 1.0000 | | (45.01) | |
| | Dividend | Div For Reinvest | SWVXX | SCHWAB VALUE ADVANTAGE M | | | | 45.01 | |
| 03/19 | Purchase | | CMP | COMPASS MINERALS INT | 4.0000 | 19.3350 | | (77.34) | |
| 03/20 | Purchase | Reinvested Shares | CMP | COMPASS MINERALS INT | 0.0679 | 17.6724 | | (1.20) | |
| | Dividend | Qual Div Reinvest | CMP | COMPASS MINERALS INT | | | | 1.20 | |
| 03/27 | Deposit | MoneyLink Txn | | Tfr US BANK NATIONAL A, BRENDAN DILLON, | | | | 50.00 | |

Case 2:24-cv-02165-EFM-ADM    Document 47-1    Filed 11/10/25    Page 13 of 14

**charles SCHWAB**

## Schwab One® Account of

BRENDAN MATTHEW DILLON &
MELANIE DILLON
DESIGNATED BENE PLAN/TOD

Statement Period
February 1-29, 2024

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|--------|-------------|----------|----------|-----------------|---------------|---------------------------|------------|-----------------------|-----------|
| SFSNX | SCHWAB FUNDAMENTAL US SM ◊ ALL COMPANY IDX | 320.1110 | 16.53000 | 5,291.43 | 5,176.30 | 115.13 | | | 25% |
| **Total Mutual Funds** | | | | **$5,291.43** | **$5,176.30** | **$115.13** | | **$0.00** | **25%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 02/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 02/29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $110.39 | | $50.00 | | $0.00 | | ($154.08) | | $35.23 | | $43.69 | | $0.00 | | $85.23 |

Other Activity **$0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|--------------|-------------|----------|-------------------------|---------------------|-----------|-------------------------|
| 02/15 | Purchase | | SFSNX | SCHWAB FUNDAMENTAL US SM ALL COMPANY IDX | 1.6200 | 16.2300 | | (26.30) | |
| | Purchase | Reinvested Shares | SWVXX | SCHWAB VALUE ADVANTAGE M ONEY INVESTOR SHARES | 43.6900 | 1.0000 | | (43.69) | |
| | Dividend | Div For Reinvest | SWVXX | SCHWAB VALUE ADVANTAGE M | | | | 43.69 | |
| 02/16 | Purchase | | CMP | COMPASS MINERALS INT | 4.0000 | 21.0214 | | (84.09) | |
| 02/27 | Sale | | PTEN | PATTERSON UTI ENERGY | (3.0373) | 11.5991 | | 35.23 | (0.05) (ST) (7.72) (LT) |
| | Deposit | MoneyLink Txn | | Tfr US BANK NATIONAL A, BRENDAN DILLON, | | | | 50.00 | |
| **Total Transactions** | | | | | | | | **($25.16)** | **$(7.77)** |

Date column represents the Settlement/Process date for each transaction.

PITNEY BOWES
$2.17⁰
US POSTAGE
FIRST-CLASS

RECEIVED

OCT 17 2025

CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

Clerk of the Court
United States District Court
District of Kansas
500 State Avenue, Room 259
Kansas City, KS  66101