**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| JOHN VALENTINE and PAUL O'RENICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., KEVIN S. CRUTCHFIELD, EDWARD C. DOWLING, JR., LORIN CRENSHAW, JENNY HOOD and JAMES STANDEN,<br><br>Defendants. | Case No: 24-cv-02165 |

**ORDER APPROVING PLAN OF ALLOCATION**

This matter having come before the Court for a hearing on January 7, 2026, on the motion of Lead Plaintiff John Valentine and Named Plaintiff Paul O'Renick ("Plaintiffs"), on behalf of themselves and the Class, for final approval of the proposed class action Settlement and approval of the Plan of Allocation (Dkt. No. 39); the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All capitalized terms used herein have the same meanings as set forth and defined in the Settlement Stipulation.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are members of the Settlement Class who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair

opportunity was accorded to Persons who are members of the Settlement Class to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") made available to Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among members of the Settlement Class.

4. The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

5. Plaintiffs' Motion for Settlement and Plan of Allocation, Dkt. No. 39, is hereby GRANTED.

Dated: January 7, 2026

Eric F Melgren

HON. ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE