CLERK
UNITED STATES DISTRICT COURT
ROOM 204, 401 N. MARKET ST.
WICHITA, KANSAS 67202-2096

OFFICIAL BUSINESS

1000 1052810108
ATLANTA GA RPDC 302
15 JAN 2026 PM 7 L

quadient
FIRST-CLASS MAIL
IMI
$000.74 º
01/05/2026 ZIP 67202
043M31223332
US POSTAGE

24-2165
de 52

[redacted] Not at this address

FILED
U.S. District Court
District of Kansas

MAR 1 2 2026

Clerk, U.S. District Court
By GMV Deputy Clerk

Brendan M. Dillon
4824 Archer Pl
Acworth, GA 30101

RETURN FOR CARRIER ENDORSEMENT

NIXIE 325 FE 1 0003/08/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 67202209699 *2091-08195-08-07

UTF
67202-2096
67037-841533